| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  BLAKE, CATHERINE C. | 2. Court or Organization  U S DISTRICT COURT, MARYLAND | 3. Date of Report  06/02/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U S DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination,　　Date  ☐ Initial　☑ Annual　☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address  7310 U S COURTHOUSE 101 WEST LOMBARD STREET BALTIMORE, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | VICE-PRESIDENT AND TREASURER | FEDERAL JUDGES ASSOCIATION |
| 2. | CO-TRUSTEE | TRUST#1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Blake, Catherine C.

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | ▓▓▓▓▓▓▓▓▓▓ SALARY |
| 2. | 2010 | ▓▓▓▓▓▓▓▓▓▓ SALARY |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF TEXAS LAW SCHOOL | 3/4 - 3/5 | AUSTIN, TX | SPEAKER AT EDUCATIONAL PROGRAM | LODGING, MEALS, TRANSPORTATION |
| 2. | ABA | 4/21 - 4/22 | NEW YORK CITY | SPEAKER AT EDUCATIONAL PROGRAM | LODGING, MEALS, TRANSPORTATION |
| 3. | FEDERAL JUDGES ASSOCIATION | 5/22 - 5/26 | WASHINGTON, D.C. | BOARD OF DIRECTORS MEETING/ QUADRENNIAL | LODGING, MEALS, TRANSPORTATION |
| 4. | OPEN SOCIETY INSTITUTE | 6/11 - 6/13 | GREENTREE, NY | SEMINAR PARTICIPANT | LODGING, MEALS, TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2011 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA-Delaware Core Plus Bond Fund A Class | B | Dividend | K | T | | | | | |
| 2. | IRA-T Rowe Price-Equity Income | A | Dividend | K | T | | | | | |
| 3. | IRA-T Rowe Price-Growth Stock | A | Dividend | K | T | | | | | |
| 4. | IRA-T Rowe Price-New Asia | A | Dividend | J | T | | | | | |
| 5. | IRA-T Rowe Price-New Era | A | Dividend | K | T | | | | | |
| 6. | IRA-T Rowe Price-Science & Technology | | None | K | T | | | | | |
| 7. | IRA-T Rowe Price-Spectrum Income | B | Dividend | K | T | | | | | |
| 8. | State of Maryland Deferred Compensation Plan | B | Dividend | L | T | | | | | |
| 9. | Wells Fargo Bank-accounts | A | Int./Div. | K | T | | | | | |
| 10. | T Rowe Price Growth Stock (Y) | | | | | | | | | |
| 11. | US Savings Bonds (Y) | | | | | | | | | |
| 12. | IRA-First Financial Credit Union | A | Dividend | J | T | | | | | |
| 13. | Templeton Growth Fund (Y) | | | | | | | | | |
| 14. | IRA-Putnam Growth & Income CI-A | A | Dividend | | | Sold | 06/28/10 | J | | see note Pt VIII |
| 15. | IRA-JPMorgan Funds Growth and Income A | A | Dividend | | | Sold | 06/25/10 | J | | see note Pt VIII |
| 16. | IRA - MetLife | A | Dividend | J | T | | | | | |
| 17. | TSA - MetLife | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Guardian Whole Life | B | Dividend | L | T | | | | | |
| 19. MetLife Whole Life | A | Dividend | J | T | | | | | |
| 20. MetLife Whole Life | A | Dividend | J | T | | | | | |
| 21. T Rowe Price Md Tax-Free Bond Fund | A | Dividend | J | T | | | | | |
| 22. Trust #1 | E | Int./Div. | P1 | T | | | | | |
| 23. --Ferris Baker Watts Reserve Primary Fund | | | | | | | | | |
| 24. --DWS Municipal Managed Municipal Bond Fund Class A | | | | | | | | | |
| 25. --Frederick County Md Edl Rv FCS Mount St Mary's CLG Bond | | | | | Redeemed | 03/01/10 | K | A | |
| 26. --Carroll County Md Rfdg & Cons Public Improvement Bond | | | | | | | | | |
| 27. --Maryland Hlth & HEFA Rev SR Fred Mem Hosp Bond | | | | | | | | | |
| 28. --AT&T common stock | | | | | | | | | |
| 29. --BB&T Corp common stock | | | | | | | | | |
| 30. --Exxon Mobil Corp common stock | | | | | | | | | |
| 31. --Grainger WW Inc common stock | | | | | | | | | |
| 32. --Heinz HJ Co common stock | | | | | | | | | |
| 33. --Idearc Inc common stock | | | | | Expired | 01/07/10 | J | | |
| 34. --Illinois Tool Works Inc common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --JPMorgan Chase & Co common stock | | | | | | | | | |
| 36. --Johnson & Johnson common stock | | | | | | | | | |
| 37. --Lilly Eli & Co common stock | | | | | | | | | |
| 38. --Merck & Co Inc common stock | | | | | | | | | |
| 39. --PPG Industries Inc common stock | | | | | | | | | |
| 40. --3M Co common stock | | | | | | | | | |
| 41. --Urstadt Biddle Properties Inc Class A | | | | | | | | | |
| 42. --Verizon Communications Inc common stock | | | | | | | | | |
| 43. --Fairpoint Communications Inc common stock | | | | | | | | | |
| 44. --Frederick Cnty Md B/E Ret Comnty Rev Buckingham's Choice | | | | | | | | | |
| 45. --Frontier Comm Corp common stock | | | | | Spinoff (from line 42) | 07/02/10 | J | | |
| 46. --Md Hlth&HEFA Rev Fred Mem Hosp Bond | | | | | Buy | 03/11/10 | K | | |
| 47. --US Gov't Money Market Fund RBC Reserve Class | | | | | | | | | |
| 48. ▓▓▓▓▓▓▓▓▓▓▓ 401(k) Profit Sharing Plan -- | C | Dividend | | | Sold | 12/31/10 | M | | see note Pt VIII |
| 49. --Vanguard Wellesley Income Fund | | | | | | | | | |
| 50. Delaware High Yield Opp Fund A Class | B | Dividend | K | T | | | | | |
| 51. T Rowe Price Md Tax-Free Money | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. M&T Bank account | A | Interest | K | T | | | | | |
| 53. NewPerspFdIncClA (American Funds) | A | Int./Div. | K | T | Buy | 07/12/10 | K | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

lines 15 and 16 -- These were IRA accounts which were rolled over into a new IRA account held by AXA Advisors invested as shown on line 53.

lines 48 and 49-- The assets of this 401(k) were sold at the end of the year and rolled over to a retirement account held by BB&T Corp. The BB&T account was not opened until 2011 and will be reported fully next year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ CATHERINE C. BLAKE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544